IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02056-BNB

RUSSELL A. KUEKER,

    Plaintiff,

v.

CORRECTIONS CORPERATION [sic] OF AMERICA d/b/a,
CHIEF OF MEDICAL & STAFF @ BENT COUNTY CORRECTIONAL FACILITY, and
BENT COUNTY CORRECTIONAL FACILITY,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 3 2007

GREGORY C. LANGHAM
                  CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's request for stay is DENIED. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to respond to December 20, 2006, order to file amended complaint and to show cause. Failure to do so within the time allowed will result in the dismissal of the complaint and the instant action. The clerk of the Court is directed to mail a copy of this minute order to Plaintiff at the address listed on his January 19, 2007, request for stay.

Dated: January 23, 2007

Copies of this Minute Order mailed on January 23, 2007, to the following:

Russell A. Kueker
Prisoner No. 46721
DRDC - Unit 4-B-1-16
PO Box 392004
Denver, CO 80239-8004

                                                  Secretary/Deputy Clerk